# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 283

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff | ) |
| | ) |
| V | )  **ORDER** |
| | ) |
| KEN WILSON TRUCKING, INC., and KEN WILSON FORD, | )<br>)<br>) |
| Defendants | ) |

**THIS MATTER** is before the court on Starling B. Underwood, III's Application for Admission to Practice *Pro Hac Vice* of Brice Moffatt Timmons. It appearing that Brice Moffatt Timmons is a member in good standing with the Tennessee State Bar and will be appearing with Starling B. Underwood, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Starling B. Underwood, III's Application for Admission to Practice *Pro Hac Vice* (#3) of Brice Moffatt Timmons is **GRANTED**, and that Brice Moffatt Timmons is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Starling B. Underwood, III.

Signed: September 14, 2012

Dennis L. Howell
United States Magistrate Judge