THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00283-MR-DLH

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) ) KEN WILSON TRUCKING, INC., and ) KEN WILSON FORD, INC. d/b/a ) KEN WILSON STERLING TRUCKS, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Report of the Mediator advising that this case has been settled [Doc. 21]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: July 10, 2013

Martin Reidinger
United States District Judge